IN THE DISTRICT COURT OF ILLINOIS
NORTHERN DISTRICT

RECEIVED
JUL 2 9 2008
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
PLAINTIFF,

06-CR-724-2

VS.

Case No. ##########

JOSE ACOSTA COVARRUBIAS,
DEFENDANT.

08cv4288
JUDGE NORGLE
MAG. JUDGE NOLAN

## MOTION FOR THE RETURN OF PROPERTY

COMES NOW, Jose Acosta Covarrubias, Pro se, and files his motion to request the return of his property and in support thereof states:

1. Defendant was convicted on or about 2006 and his property was seized under file Number 245B-cg-124438, see attached exhibit. Defendant has designated and appointed Rosa Maria Acosta Covarrubias at: 2108 S. Main Street #17, Santa Ana, California 92707.

2. Defendant was represented by Carl Clanelli from 321 S. Plymouth Ct, Suite 1500, Chicago, Illinois 60604. At no point has forfeiture proceedings been initiated by the Goverment and thus defendant expects his personal property to be returned promptly.

Respectfully Submitted

_____
Jose Acosta Covarrubias

Certificate of Service

Comes now, Jose Acosta Covarrubias and certies that this motion was mailed on July 22, 2008 via regular mail to the clerk of Court.

_____
Jose Acosta Covarrubias

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245B-CG-124438

On (date) 10/3/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Jose Angel Acosta Cobarrubias

(Street Address) _____

(City) _____

Description of Item(s):
- 1 - Nokia cell phone (charged)
- 1 - Motorola flip phone
- 1 - paper napkin
- 1 - Telmex telephone card
- 1 - Mexico prepaid phone card
- 1 - Partido Revolucionario Institucional ID in name of Jose Angel Acosta Cobarrubias
- 1 - telephone address book
- 1 - Instituto Federal Electoral ID in name of Jose Angel Acosta Cobarrubias
- 1 - calendar business card
- 1 - Gobierno Del Estado De Durango ID in name of Jose Angel Acosta Cobarrubias
- 1 - strange post-it w/ misc writing
- 1 - white scratch sheet of paper
- 1 - Journeyman Electrician Card #1352083 in name of Jose Angel Acosta Cobarrubias
- 1 - Tarjeta De Afiliacion card in name of Jose Angel Acosta Cobarrubias
- 1 - Secretaria De Hacienda Y Credito Publico card in name of Jose Angel Acosta Cobarrubias
- Miscellaneous papers and business cards with handwriting on them removed from wallet
- $1,300 in United States Currency

Received By: _____ (Signature)

Received From: X Jose Acosta (Signature)

FD-597 (Rev 8-11-94)

Page _____ of __1__

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245B-CG-124438

On (date) 10/04/2006

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) Jose Angel Acosta Sr

(Street Address) C. Alamo 143, Villa Cano 31000

(City) Palomas, Dgo.

Description of Item(s):

① One (1) pair of black shoelaces
② One (1) black and brown leather belt
③ One (1) "Sheaffer" pen
④ One (1) black plastic brush
⑤ One (1) gold and silver colored "Guess" watch
⑥ Four (4) prayer cards and one (1) Jewel-Osco card
⑦ One (1) piece of candy
⑧ Sixty-eight dollars ($68.00) USC (paper money)
⑨ Sixty-three cents ($0.63) USC (coin money)
⑩ Five cents ($0.05) Canadian money (coin money)
⑪ Two dollars ($2.00) USC (paper money)
⑫ Two hundred fifty pesos (250) Mexican currency (paper money)
⑬ One (1) brown leather wallet w/miscellaneous paper and pictures

Received By: X ___Jose Acosta___     Received From: _____
              (Signature)                              (Signature)