Case 1:08-cv-04288   Document 2   Filed 07/29/2008   Page 1 of 1



# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

08cv4288
JUDGE NORGLE
MAG. JUDGE NOLAN

**Plaintiff(s):** JOSE ACOSTA COVARRUBIAS

**Defendant(s):** UNITED STATES OF AMERICA

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Jose Acosta Covarrubias
#22281-424
NEOCC
2240 Hubbard Road
Youngstown, OH 44501

**Defendant's Attorney:**

AUSA
United States Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, IL 60604

FILED JUL 29 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** ☐ Yes  ☑ No

**Signature:**   **Date:** 7/29/08

Norgle
Nolan

06cr724