**FILED**
BR
AUG 2 5 2008 LCh
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jose Acosta Covarrubias
_____
Plaintiff

v.

United States of America
_____
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

CASE NUMBER  08-c-4288

JUDGE  Charles R. Norgle, Sr.

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Jose A. Covarrubias__, declare that I am the ☐plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No   (If "No," go to Question 2)
   I.D. # __22281-424__    Name of prison or jail: __Northeast Ohio Correctional Ctr.__
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: __Approx. $19.00__

2. Are you currently employed?    ☒Yes    ☐No
   Monthly salary or wages: __$19.00 Approximately__
   Name and address of employer: __Corrections Corporation of America__

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?    ☒Yes    ☐No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes    ☒No
      Amount_____ Received by_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-16-08

_____
Signature of Applicant

Jose Acosta Covarrubias
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Jose Acosta Covarrubias I.D.# 22251-424 has the sum of $ 53.19 on account to his/her credit at (name of institution) NEOCC.
I further certify that the applicant has the following securities to his/her credit: 0 . I further certify that during the past six months the applicant's average monthly deposit was $ 546.84.
(Add all deposits from all sources and then divide by number of months).

8/15/08
DATE

N. Teasley Correctional Counselor
SIGNATURE OF AUTHORIZED OFFICER

N. Teasley
(Print name)

rev. 10/10/2007

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

-2-

**Inmate Current Running Balance Date Range Report**
**Northeast Ohio Correctional Center**

Today's Date: 08/18/2008
Report Spanning: 02/01/2008 - 08/18/2008

Page 2 of 2

Inmate Name: ACOSTA-COVARRUBIAS JOSE ANGEL    Booking#: 1227102    Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2008 08:58 | Deposit | 20.00 | MO | MAIL | eva covarro gjias herrera | 12619905603 | 72.64 | 8952552 | |
| 07/17/2008 11:09 | Withdrawal | 21.00 | CRV | | COMMISSARY SUMMARY REVERS | | 93.64 | 8961735 | |
| 07/17/2008 11:10 | Withdrawal | -3.00 | CO | | COMMISSARY SUMMARY POSTING | | 90.64 | 8961742 | |
| 07/21/2008 10:15 | Withdrawal | -25.90 | CO | | COMMISSARY SUMMARY POSTING | | 64.74 | 8987721 | |
| 07/24/2008 11:10 | Withdrawal | -.10 | CE | | NEOCC - copies | | 64.64 | 90343251 | |
| 07/24/2008 11:14 | Withdrawal | -.20 | CE | | NEOCC - copies | | 64.44 | 90343343 | |
| 07/24/2008 11:19 | Withdrawal | -.10 | CE | | NEOCC - copies | | 64.34 | 90344478 | |
| 07/28/2008 07:54 | Withdrawal | -27.95 | CO | | COMMISSARY SUMMARY POSTING | | 36.39 | 9053392 | |
| 07/30/2008 08:21 | Deposit | 30.00 | MO | MAIL | rosa perez | 08961613261 | 66.39 | 90747723 | |
| 08/01/2008 08:41 | Deposit | 30.00 | MO | MAIL | JOSE A. | 10195101402 | 96.39 | 9096895 | |
| 08/04/2008 12:39 | Withdrawal | -31.05 | CO | | COMMISSARY SUMMARY POSTING | | 65.34 | 9122321 | |
| 08/06/2008 14:36 | Deposit | 19.55 | JN | | July Pay | | 84.89 | 9160525 | |
| 08/08/2008 08:42 | Deposit | 20.00 | MO | MAIL | eva covarrubias herrera | 12619915863 | 104.89 | 9175586 | |
| 08/12/2008 09:33 | Withdrawal | -27.75 | CO | | COMMISSARY SUMMARY POSTING | | 77.14 | 92174460 | |
| 08/18/2008 11:32 | Withdrawal | -23.95 | CO | | COMMISSARY SUMMARY POSTING | | 53.19 | 9287168 | |
| Total Withdrawals this Inmate | | -487.65 | | | Total Deposits This Inmate | 540.84 | Net Transactions | 53.19 | |

Today's Date: 08/18/2008
Report Spanning: 02/01/2008 - 08/18/2008

# Inmate Current Running Balance Date Range Report
## Northeast Ohio Correctional Center

Page 1 of 2

Inmate Name: ACOSTA-COVARRUBIAS, JOSE ANGEL    Booking# 1277102    Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 04/07/2008 09:21 | Deposit | 22.84 | CK | MAIL | us treasury | 83913038 | 22.84 | 79003964 | |
| 04/09/2008 11:17 | Withdrawal | -10.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 12.84 | 79563369 | |
| 04/14/2008 08:56 | Withdrawal | -8.75 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 4.09 | 79966844 | |
| 04/14/2008 09:10 | Deposit | 40.00 | MO | MAIL | janet ramirez | 57926439747 | 44.09 | 79988561 | |
| 04/17/2008 10:05 | Deposit | 100.00 | MO | MAIL | EVA CUARRUBIAS | 12360719957 | 144.09 | 80367705 | |
| 04/28/2008 13:30 | Withdrawal | -10.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 134.09 | 81144009 | |
| 05/05/2008 12:22 | Withdrawal | -98.45 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 35.64 | 82035542 | |
| 05/05/2008 12:22 | Withdrawal | -35.60 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | .04 | 82035557 | |
| 05/06/2008 08:06 | Withdrawal | 35.60 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 35.64 | 82214822 | |
| 05/06/2008 08:07 | Withdrawal | 98.45 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 134.09 | 82214824 | |
| 05/12/2008 08:12 | Withdrawal | -22.15 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 111.94 | 82148869 | |
| 05/19/2008 13:20 | Withdrawal | -25.75 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 86.19 | 82857727 | |
| 05/23/2008 11:08 | Withdrawal | -22.80 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 63.39 | 83563321 | |
| 05/27/2008 09:00 | Deposit | 20.00 | MO | MAIL | SILVIA GARCIA | 5551974674 | 83.39 | 84038857 | |
| 06/02/2008 12:01 | Withdrawal | -13.70 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 69.69 | 84322714 | |
| 06/02/2008 13:26 | Withdrawal | -27.55 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 42.14 | 84844412 | |
| 06/03/2008 11:57 | Deposit | 13.20 | JN | | May Pay | | 55.34 | 84954432 | |
| 06/04/2008 13:29 | Withdrawal | 1.75 | CRV | | COMMISSARY SUMMARY REVERS | COMMISSARY SUMMARY REVERSAL | 57.09 | 85092203 | |
| 06/09/2008 15:07 | Withdrawal | -19.80 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 37.29 | 85569928 | |
| 06/16/2008 15:14 | Withdrawal | -19.75 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 17.54 | 86391180 | |
| 06/24/2008 13:20 | Deposit | 90.00 | MO | MAIL | EVA C. | 12361879405 | 107.54 | 87128690 | |
| 07/01/2008 07:28 | Withdrawal | -7.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 100.54 | 87739040 | |
| 07/02/2008 09:07 | Deposit | 5.25 | JN | | June FRP Pay | | 105.79 | 87789176 | |
| 07/02/2008 09:29 | Withdrawal | -10.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 95.79 | 87793354 | |
| 07/07/2008 11:40 | Withdrawal | -16.65 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 79.14 | 88208858 | |
| 07/08/2008 09:22 | Deposit | 100.00 | MO | | Anna Guillen | mail | 179.14 | 88438316 | |
| 07/08/2008 09:27 | Deposit | 30.00 | MO | | RosaMarie | mail | 209.14 | 88434452 | |
| 07/11/2008 12:28 | Withdrawal | -100.00 | AF | 22640 | Clerk, U.S. District Court | FRP PAYMENT - FINAL PAYMENT | 109.14 | 88862240 | |
| 07/15/2008 07:59 | Withdrawal | -56.50 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 52.64 | 89286367 | |

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE, SR. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4288 | DATE | 8-6-08 |
| CASE TITLE | Jose Acosta Covarrubias (#22281-424) v. United States of America | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $39.00 filing fee. The Clerk is directed to send Petitioner an *in forma pauperis* application along with a copy of this order. If Petitioner does not comply with this order within 30 days of the date of this order, this action will be dismissed without prejudice.

■ [For further details see text below.]

Docketing to mail notices.

### STATEMENT

Although the Clerk has accepted this *pro se* motion for return of seized property for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $ 39.00 filing fee nor filed a petition for leave to file *in forma pauperis*. The Prison Litigation Reform Act ("PLRA") requires all inmates to pay the full filing fee, even those whose cases are summarily dismissed. The Court must assess an initial partial filing fee on all inmates who bring suit in an amount that is 20% of the greater of: (A) the average monthly deposits in the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal. 28 U.S.C. § 1915(b)(1).

The Court will authorize prison officials to deduct the initial filing fee payment directly from Petitioner's trust fund account. Thereafter, correctional authorities having custody of Petitioner will have authority (and are required) to make monthly payments to the Court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid. To enable the Court to make the necessary initial assessment of the filing fee, Petitioner must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). If Petitioner wishes to proceed with this motion *in forma pauperis* he must file an *in forma pauperis* application on the form required by the rules of this Court together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the immediately preceding six-month period or pay the full filing fee of $39.00. If Petitioner does not comply with this order within 30 days of the date of this order, this action will be dismissed without prejudice.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1